UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re:                                                          :  Chapter 11
                                                                :
FIRESTAR DIAMOND, INC., *et al.*,                               :  Case No. 18-10509 (SHL)
                                                                :
    Debtors.                                                :  (Jointly Administered)
---------------------------------------------------------------- x
RICHARD LEVIN, Chapter 11 Trustee of                            :
FIRESTAR DIAMOND, INC., FANTASY, INC.,                          :
and OLD AJ, INC. f/k/a/ A. JAFFE, INC.,                         :
                                                                :
    Plaintiff,                                              :
                                                                :
  v.                                                            :  Adv. Proc. No. 19-1102 (SHL)
                                                                :
NIRAV DEEPAK MODI, MIHIR BHANSALI, and                          :
AJAY GANDHI,                                                    :
                                                                :
    Defendants.                                             :
---------------------------------------------------------------- x

**ORDER GRANTING AJAY GANDHI'S MOTION
TO WITHDRAW THE REFERENCE TO THE BANKRUPTCY COURT
PURSUANT TO 28 U.S.C. § 157(d), RULE 5011(a) OF THE FEDERAL RULES
OF BANKRUPTCY PROCEDURE, AND LOCAL BANKRUPTCY RULE 5011-1**

    This matter comes before the Court on Defendant Ajay Gandhi's motion to withdraw the reference under 28 U.S.C. § 157(d), Federal Rule of Bankruptcy Procedure 5011, and Local Bankruptcy Rule 5011-1.  The Court has reviewed the motions, the responses, other relevant filings, and is fully informed.

    **IT IS HEREBY ORDERED** that Defendant Gandhi's motion to withdraw the reference is **GRANTED.**

Dated: July __, 2022            /s/_____
       New York, New York        THE HONORABLE
                                UNITED STATES DISTRICT JUDGE