UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

FIRESTAR DIAMOND, INC., et al.

No. 22 Civ. 5293 (UA)

No. 22 Civ. 5250 (CM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/2022

## ORDER

McMahon, J:

Counsel for the plaintiffs in the above captioned actions filed a related case statement in Case No. 22-cv-5293. (*See* Docket No. 3). To determine whether the cases should be designated as related, the court hereby orders that the parties that commenced the two underlying adversary proceedings – Adv. Proc. No. 19-1102 (SHL) and Adv. Proc. No. 20-1052 (SHL) – advise the court about the nature of these two disputes, how they differ, why the parties are different, and precisely what about these two cases makes them "related" within the meaning of the Rules for the Division of Business Among Judges. I need considerably more detail than was provided in the related case statement.

Those parties have 48 hours – until 5 pm on Thursday, June 30 – to respond to this order.

Dated: June 28, 2022

_Colleen McMahon_
U.S.D.J.

BY ECF TO ALL COUNSEL

1