**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

In re:

FIRESTAR DIAMOND, INC., et al.,

                    Debtors.

Case No. 18-10509 (SHL)

-----------------------------------------------------------------X

RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a/ A. JAFFE, INC.,

                    Plaintiff,

22 **CIVIL** 5250 (CM)

-against-

**JUDGMENT**

NIRA V DEEPAK MODI, MIHIR BHANSALI, and AJAY GANDHI,

                    Defendants.

-----------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated October 31, 2022, Gandhi's motion to withdraw the reference is DENIED without prejudice to renewal when the case is trial ready. Order constitutes the decision and order of the court.

**Dated:** New York, New York
         November 21, 2024

                                                    **DANIEL ORTIZ**
                                                    _____
                                                    **Acting Clerk of Court**

                         BY:
                                                    _____
                                                    **Deputy Clerk**